# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

UNITED STATES OF AMERICA

V.

AVRIL GIACOBBI, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 08 3325

BIANCO, J.

LINDSAY, M.

TO: (Name and address of Defendant)

Eric Sklar
2881 Mandalay Beach Road
Wantaugh, NY 11793

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lisa L. Bellamy, Esq.
Department of Justice Civil Tax Division
P.O. Box 55 -- Ben Franklin Station
Washington, DC 20044-0055

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

CLERK

(By) DEPUTY CLERK

AUG 14 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Sept. 27, 2008 @ 9:11 AM |
| NAME OF SERVER (PRINT) Elham Shatara | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): nail and mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Oct. 3, 2008       _[signature]_
　　　　　　　Date　　　　　　 Signature of Server

265 Post Ave. Westbury, NY 11590
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| | Index No: CV 08 3325 |
| | Date Purchased: August 14, 2008 |
| | Date Filed: |
| | Court Date: |

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK COUNTY**

ATTORNEY(S): Lisa L. Bellamy Esq. : U.S. Attorney's Office - SDNY   PH: 202-307-6416
ADDRESS: 86 Chambers Street   New York N.Y. 10007   File No.:

**UNITED STATES OF AMERICA,**
vs.
**AVRIL GIACOBBI, et al.,**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU   SS.:

_____ELHAM SHATARA_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___September 27, 2008___ at ___9:11 AM___ at ___2881 MANDALAY BEACH ROAD WANTAGH, NY 11793___, deponent served the within **Cover Letter, Summons In A Civil Action and Complaint**

with Index Number ___CV 08 3325___, and Date Purchased ___August 14, 2008___ endorsed thereon,

on: **ERIC R. SKLAR**, **Defendant** therein named.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR [X]** By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [X] dwelling house (place of abode) within the state.

**#5 MAIL COPY [X]** On ___September 30, 2008___, deponent completed service under the last two sections by depositing a copy of the Cover Letter, Summons In A Civil Action and Complaint to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

| | | | | | |
|---|---|---|---|---|---|
| thereat on the | 23 | day of | September, 2008 | at | 12:20 PM |
| on the | 24 | day of | September, 2008 | at | 6:30 PM |
| on the | 27 | day of | September, 2008 | at | 9:11 AM |
| on the | | day of | | at | |

**#6 NON-SRVC** After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other: _____

**#7 DESCRIPTION** (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex _____   Color of skin _____   Color of hair _____   Age _____   Height _____
Weight _____   Other Features: _____

**#8 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER [X]** ADDRESS CONFIRMED WITH NEIGHBOR "JANE DOE" 2887 MANDALAY BEACH ROAD. WHEN I ASKED HER IF ERIC R. SKLAR WAS IN THE MILITARY SHE REFUSED TO ANSWER MY QUESTION.

Sworn to before me on this ___3___ day of ___October, 2008___

| | | | |
|---|---|---|---|
| BARBARA A. SHURGIN | STEVEN M SHURGIN | STEPHANIE GALLIGAN | ELHAM SHATARA |
| NOTARY PUBLIC, State of New York | NOTARY PUBLIC, State of New York | NOTARY PUBLIC, State of New York | Server's Lic # 1059412 |
| No. 30-5004737, Qualified in Nassau County | No. 01SH6190498, Qualified in Nassau County | No. 01GA6190672, Qualified in Nassau County | Work Order # 0843295 |
| Commission Expires November 23, 2010 | Commission Expires July 28, 2012 | Commission Expires July 28, 2012 | |

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382